In the Matter of JOSEPH BLATT, as Administrator of the Estate of ANNA BLATT, Deceased, Respondent. ESTHER FRIEDMAN, Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

JOSEPH BARKOWSKI, as Administrator of the Estate of ALBERT BARKOWSKI, Deceased, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY et al., Respondents.— No opinion.— Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH FINKELSTEIN et al., Defendants, and JAMES MOTTO, Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

JOHN V. MORRIS, Appellant, v. CHEMICAL BANK & TRUST COMPANY, Respondent.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of EXCELSIOR SAVINGS BANK et al., Appellants, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Respondents.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

STANDARD FACTORS CORPORATION, Appellant, v. UNIVERSAL MACHINE-TOOL MANUFACTURING COMPANY, INC., Defendant, and JACOB DYNER, Respondent.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

JULIUS A. SCHULMAN, Appellant, v. THE CITY OF NEW YORK, Respondent.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ. [178 Misc. 593.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEOPOLD IANNACE, Appellant.— Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.; Untermyer and Cohn, JJ., dissent and vote to affirm.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS PLETMAN, Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

EXPORT SYNDICATE OF STEEL PRODUCERS, INC., Respondent, v. DILSIZIAN, INC., Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

WILLIAM McCALL, as Administrator of the Estate of James McCall, Deceased, Appellant, v. BENCHLAND REALTY CORPORATION et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

GERTRUDE OSTMANN, Appellant, v. LOUIS STEFFENS, Respondent.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.